**NAPOLI SHKOLNIK PLLC**
ATTORNEYS AT LAW

Joseph L. Ciaccio
Partner
JCiaccio@NapoliLaw.com

September 9, 2022

> Initial conference is adjourned from September 12, 2022 to December 9, 2022 at 12:00 p.m.  The conference will proceed telephonically.   Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 9/9/2022
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**VIA CM/ECF**

Hon. P. Kevin Castel
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**  *Druckman v. Morningside Acquisition I, LLC, et al.*
**Civil Docket No.: 1:22-cv-05324-PKC**

Your Honor:

This office represents plaintiff, Stacie Druckman, as Administrator of the Estate of Arthur Druckman, in the above referenced matter. I write on behalf of both parties to respectfully request an adjournment of the Pre-Trial conference currently scheduled for September 12. As Your Honor is aware, there is currently a remand motion pending on this case. Both parties request that the issue of jurisdiction be first resolved before we proceed with a conference.

This is the first request for an adjournment of this conference.

We thank Your Honor for your time and consideration.

Respectfully,

Joseph L. Ciaccio